NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAPHAEL JAMARD HUBBARD,  )
DOC #R59437,  )
    )
    )
    Appellant,  )
    )
v.  )    Case No. 2D18-3524
    )
STATE OF FLORIDA,  )
    )
    Appellee.  )
_____)

Opinion filed June 26, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Pat Siracusa, Judge.

Howard L. Dimmig, II, Public Defender, and
Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellant.

PER CURIAM.

    Affirmed.

SLEET, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.